UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

In re:

EDWARD ALLEN KEETER,

       Debtor.
_____/

Case No. 23-01759-swd
Hon. Scott W. Dales
Chapter 13

EDWARD ALLEN KEETER,

       Plaintiff,

Adversary Pro. No. 24-80076

v.

SOUTHWEST MICHIGAN ASSET
MANAGEMENT, LLC, MICHAEL T. GARRISON,
and KYLE M. HAMMOND,

       Defendants.
_____/

SOUTHWEST MICHIGAN ASSET
MANAGEMENT, LLC,

       Counter-Claimant,

v.

EDWARD ALLEN KEETER,

       Counter-Defendant.
_____/

## POST-ARGUMENT ORDER

    PRESENT:    HONORABLE SCOTT W. DALES
                        Chief United States Bankruptcy Judge

    Edward Allen Ketter (the "Plaintiff"), and Southwest Michigan Asset Management, LLC, (the "Defendant"), have each filed motions for summary judgment.[1]

---

[1] *See* ECF Nos. 36, and 37 in Adv. Pro. No. 24-80076 (the "Summary Judgment Motions").

As discussed during the oral argument regarding their motions on August 14, 2025, the court is considering applying the doctrine of judicial estoppel or election of remedies in this adversary proceeding premised on the Plaintiff's rejection (through the confirmed chapter 13 plan) of the executory portions of the June 2, 2023, agreement between Plaintiff and Defendant (the "Agreement"). Applying either of these doctrines could, among other things, estop the Plaintiff from denying the existence of the Agreement, or challenging his signature on the Agreement as a forgery.

Because the parties did not raise judicial estoppel or election of remedies in the Summary Judgment Motions, this Order gives them notice and time to respond pursuant to Fed. R. Civ. P. 56(f). *See* Fed. R. Civ. P. 56(f) ("After giving notice and a reasonable time to respond, the court may . . . grant the motion on grounds not raised by a party…").

NOW, THEREFORE, IT IS HEREBY ORDERED that, within 7 days after entry of this Order, the parties may supplement their respective Summary Judgment Motions or responses to address the judicial estoppel or election of remedies issue.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Post-Argument Order pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon John MacKenzie, Esq., and Roger G. Cotner, Esq.

END OF ORDER

**IT IS SO ORDERED.**

**Dated August 15, 2025**

_____
Scott W. Dales
United States Bankruptcy Judge